■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY D. PAUL, Also Known as JEFFREY D. LIPSON, Appellant. [33 NYS3d 926]—Motion for reargument denied. Present—Centra, J.P., Peradotto, Carni, Curran and Troutman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTOINE GARNER, Appellant. [33 NYS3d 926]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from a Judgment of the Erie County Court, Kenneth F. Case, J.—Robbery, 1st Degree.) Present—Whalen, P.J., Peradotto, Lindley, DeJoseph and NeMoyer, JJ.